Alexander K. Obrecht (WY #7-5442)
Nathan A. Schacht (CO #42580, appearing *Pro Hac Vice*)
BAKER & HOSTETLER, LLP
1801 California Street, Suite 4400
Denver, CO 80202
Telephone 303.861.0600
Facsimile 303.861.7805
aobrecht@bakerlaw.com
nschacht@baker.law.com

*Attorneys for Defendant*
*Albertsons's LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| VICKY SEVERUDE,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>Defendant. | **Civil Case No. 1-17-CV-044-KHR** |

### DEFENDANT ALBERTSON'S LLC'S MOTION FOR SUMMARY JUDGMENT
_____

Albertson's LLC ("Albertson's"), through its counsel, and pursuant to the Federal Rules of Civil Procedure, specifically Fed. R. Civ. P. 56, applicable Local Rules, and the Court's Order on Initial Pretrial Conference dated June 6, 2017, hereby moves for summary judgment on all claims contained in Plaintiff's Amended Complaint. Good and just cause exists for the granting of this motion for the reasons and on the grounds set forth in Albertson's' Brief in Support of its Motion for Summary Judgment ("Brief in Support") filed contemporaneously herewith.

WHEREFORE, for the reasons and on the grounds set forth in Albertson's Brief in Support, Albertson's respectfully requests that summary judgment be granted in favor of Albertson's as to all of

Plaintiff's claims in the Amended Complaint, and award the costs and attorneys' fees that Albertson's has incurred in defending Plaintiff's lawsuit as appropriate, as well as any other relief deemed just and proper by the Court.

Dated:  December 15, 2017                                   Respectfully submitted,


                                                  By:     */s/ Nathan A. Schacht*
                                                        Alexander K. Obrecht
                                                        Nathan A. Schacht
                                                        BAKER & HOSTETLER LLP
                                                        1801 California Street
                                                        Suite 4400
                                                        Denver, CO  80202-2662
                                                        Telephone   303.861.0600
                                                        Facsimile    303.861.7805
                                                        aobrecht@bakerlaw.com
                                                        nschacht@baker.law.com

                                                        *Attorneys for Defendant*
                                                        *Albertson's LLC*

## CERTIFICATE OF SERVICE

      This is to certify that on December 15, 2017, a true and correct copy of the foregoing was filed and served via CM/ECF to the following:

Lauretta Y. Welch
Welch Law, P.C.
19 East Pine Street
P.O. Box 653
Pinedale, WY 82941
lwelch@welchlawwyo.com


                                                                               */s/ Nathan A. Schacht*