

FILED
11:13 am, 3/9/18
U.S. Magistrate Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| VICKY SEVERUDE, | |
|     Plaintiff, | |
| v. | **Civil Case No. 1-17-CV-044-KHR** |
| ALBERTSON'S LLC, | |
|     Defendant. | |

## ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Parties' Stipulation for Dismissal with Prejudice, filed March 8, 2018 [Doc. 40]. The Court having reviewed the Stipulated Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulation for Dismissal is GRANTED. Pursuant to Rule 41(a)(1)(A)(ii), F.R.C.P., the above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay its own attorney's fees and costs.

Dated this 9th day of March, 2018.

BY THE COURT:

Kelly H. Rankin
United States Magistrate Judge