# United States District Court
## For The District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2018 MAR -9  AM 11: 57
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| VICKY SEVERUDE,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTSON'S LLC,<br><br>Defendant. | Civil No. 17-CV-44-R |

## JUDGMENT IN A CIVIL ACTION

The Court has ordered the action dismissed with prejudice per the parties' stipulated agreement, with each side bearing their own costs.

This action was decided by Judge Rankin on a Stipulated Motion for Dismissal.

Dated this 9th day of March, 2018.

_____
Clerk of Court